UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RAJASHUWEH RHODES,<br><br>                    Defendant. | 24-CR-579 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and initial conference with the Court on **October 9, 2024, at 12:30 p.m.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: October 8, 2024
       New York, New York

                                                        _____
                                                                  DALE E. HO
                                                        United States District Judge