

# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

| | |
|---|---|
| Reply To: | Long Island Office |
| 42-40 Bell Blvd, Suite 302 | 10 Bond St, Suite 389 |
| Bayside, New York 11361 | Great Neck, New York 11021 |
| Tel (516) 829-2299 | Tel (516) 829-2299 |
| jp@jpittell.com | jp@jpittell.com |

May 8, 2025

Hon. Dale E. Ho
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *US v. Rhodes*   24 cr 579 (DEH) (SDNY)

Dear Judge Ho:

I am counsel for Rajahshuweh Rhodes, the defendant in the above referenced matter.

Following the suppression hearing and oral argument, held on April 11, 2025, the Court did not set a schedule for post-hearing submission. Accordingly, I assumed the matter was *sub judice* at that time. Recently, the Government filed a post-hearing letter brief. As such, I seek to submit a responsive letter brief by May 21, 2025. The Government does not object to this request.

Currently, the case is scheduled for a conference on May 13, 2025. Based upon the herein request, I respectfully request the conference be adjourned to a date after May 21, 2025 based upon the availability of the Court and the parties.

If this matter is adjourned, I consent to an exclusion of time under the Speedy Trial Act from May 13, 2025 until the adjourn date.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Thomas J. Wright, AUSA
       Rajahshuweh Rhodes

---

Application **GRANTED**. Defense counsel may file a letter in response to the Government's post-hearing brief by May 21, 2025. No additional submissions shall be filed. The conference previously scheduled for May 13, 2025, shall be adjourned until **June 20, 2025 at 3:00 p.m.** Given the additional submissions by the parties, Defendant's motion is not yet fully submitted, and the Court accordingly excludes time through June 20, 2025, under the Speedy Trial Act, 18 USC 3161(h)(1)(D) and (H) pending full submission and resolution of Defendant's Motion. The Clerk of Court is respectfully requested to close ECF No. 29. **SO ORDERED.**

Dated: May 9, 2025                                         Dale E. Ho
New York, New York                                        United States District Judge