UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RAJASHUWEH RHODES,<br>                Defendant. | 24-CR-579 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    Due to an unforeseen scheduling conflict, the sentencing previously scheduled for November 21, 2025, is **RESCHEDULED** for **November 26, 2025**, at **10:00 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007

    SO ORDERED.

Dated: November 3, 2025
       New York, New York

                                        DALE E. HO
                                United States District Judge